IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SAREN CHHAY** | : | **NO. 15-2078** |

### ORDER

**AND NOW**, this 17th day of September, 2015, upon consideration of the Motion for Service by Posting Property and Certified Mail (Document No. 2), it is **ORDERED** that the motions is **DENIED**.

**IT IS FURTHER ORDERED** that the plaintiff shall serve the defendant with the summons and a copy of the Complaint no later than **October 16, 2015**, or this action will be dismissed.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Timothy J. Savage　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.